Arturo E. Matthews, Jr., Esq.
SBN 145232
2512 Chambers Rd.
Suite 105
Tustin, CA 92780
Telephone:  714-647-7110
Facsimile:  714-647-5558
aem@matthewsfirm.net

Attorney for Plaintiff, Ruthann Lopez

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Ruthann Lopez, | Case No.: 3:17-cv-04793-JSC |
| Plaintiff, | Honorable Jacqueline Scott Corley |
| v. | |
| Arcadia Recovery Bureau, LLC, | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,


Date: September 13, 2017          By: /s/ Arturo  E. Matthews, Jr.
                                       Arturo E. Matthews, Jr.

Notice of Settlement - 1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2017, I electronically filed the foregoing Notice of Settlement.  Service of this filing will be made by the Plaintiff's Counsel upon the following:

Stanley Fish
General Counsel
Arcadia Recovery Bureau, LLC
sfish@ArcadiaRecovery.com

<u>/s/ Arturo E. Matthews, Jr</u>