Arturo E. Matthews, Jr., Esq.
SBN 145232
2512 Chambers Rd.
Suite 105
Tustin, CA 92780
Telephone:  714-647-7110
Facsimile:  714-647-5558
aem@matthewsfirm.net

Attorney for Plaintiff, Ruthann Lopez

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ruthann Lopez, | Case No.: 3:17-cv-04793-JSC |
| Plaintiff, | |
| v. | Honorable Jacqueline Scott Corley |
| Arcadia Recovery Bureau, LLC, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Date:   October 20, 2017          By: /s/ Arturo  E. Matthews, Jr.
                                        Arturo E. Matthews, Jr.

Notice of Dismissal - 1

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 20, 2017, I electronically filed the foregoing Notice. Service of this filing will be made by the Plaintiff's Counsel upon the following:

Stanley Fish
General Counsel
Arcadia Recovery Bureau, LLC
sfish@ArcadiaRecovery.com

*Counsel for Defendant*

                                                              /s/ Arturo E. Matthews, Jr.

Notice of Dismissal - 2